**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     v.<br><br>Gregory T. Cardullo,<br><br>             Defendant. | 07-3078m<br><br><br><br>ORDER OF DETENTION |

      In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the issue of detention having been submitted to the Court.

      The Court incorporates and adopts by reference the assessment of danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

      Defendant does not dispute the information contained in the Pretrial Services Report

      The Court concludes, by clear and convincing evidence, that defendant is a danger and requires detention pending trial.

      The Court also concludes, that no condition or combination of conditions will reasonably assure the safety of others and the community.

      IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

      IT IS FURTHER ORDERED that should new information become available defense counsel is given leave to reopen the issue of detention.

      DATED this 15th day of February, 2007.

*/s/ Edward C. Voss*
Edward C. Voss
United States Magistrate Judge